IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00410-PSF-MEH

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff,

v.

BAGE COMPANY, a Florida corporation,

    Defendants.
_____

**ORDER**
_____

Pursuant to the Notice of Settlement with Defendant Bage Company (Dkt. 18) it is

ORDERED that the parties are to file their settlement papers by **August 29, 2006, 5:00 p.m.**  It is

FURTHER ORDERED that if settlement papers are not received by the Court by August 29, 2006, 5:00 p.m. the parties shall by that time show cause as to why the settlement papers were not filed.  A hearing as to such explanation may be set.  It is

FURTHER ORDERED that the Scheduling Conference currently set for August

21, 2006 at 10:00 a.m. is VACATED.

DATED: August 16, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge