IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00410-PSF-MEH

ATV SOLUTIONS, INC., a Nevada corporation,

    Plaintiff,

v.

R.A.M.P.S., INC., an Arkansas corporation, d/b/a Medramps and Allramps;
JEFF HILL, an individual; and
BAGE COMPANY, a Florida corporation,

    Defendants.

---

## ORDER REGARDING NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE HEARING

---

Plaintiff ATV Solutions, Inc.'s Notice of Settlement and Request to Continue Contempt Hearing (Dkt. # 30), filed on March 5, 2007, states that "the parties have reached a tentative settlement agreement that will moot ATV's pending Motion for Contempt and Sanctions." The settlement, according to this filing, is expected to be completed "within ten to fourteen days." This filing requests that in light of this settlement "that will moot ATV's pending Motion for Contempt and Sanctions," the March 12, 2007 hearing on that motion be continued "for at least thirty days."

No reason is given why the hearing should be delayed until on or after April 11, 2007, given that the settlement that will moot the motion is contemplated to be completed between March 15 and March 20, 2007. Therefore, the motion portion of that filing is GRANTED IN PART. The Court hereby ORDERS that the motion hearing

set for March 12, 2007 at 11:00 a.m. is VACATED. If the parties do not file dismissal papers by Friday, March 23, 2007, a hearing on plaintiff's motion will be held on **Wednesday, March 28, 2007 at 2:00 p.m.**

    DATED: March 7, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge