IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00410-PSF-MEH

ATV SOLUTIONS, INC., a Nevada corporation,

      Plaintiff,

v.

R.A.M.P.S., INC., an Arkansas corporation, d/b/a Medramps and Allramps;
JEFF HILL, an individual; and
BAGE COMPANY, a Florida corporation,

      Defendants.

## ORDER REGARDING DISMISSAL DEADLINE AND MOTIONS HEARING

Plaintiff ATV Solutions, Inc.'s Status Report (Dkt. # 32), filed on March 23, 2007, states that "the parties have signed a written Settlement Agreement resolving the damages claim at issue in this case."  However, according to this filing, the payment required to finalize the settlement has not yet been received by plaintiff.  This filing requests that, in light of this settlement, the Court continue the dismissal deadline from March 23, 2007 to April 2, 2007.

In light of the parties' settlement, the motion to continue the dismissal deadline is GRANTED.  Given that the settlement will moot plaintiff's pending motion for contempt, the Court hereby ORDERS that the motions hearing set for Wednesday, March 28, 2007 at 2:00 p.m. is VACATED.  If the parties do not file

dismissal papers by <u>Monday, April 2, 2007</u>, the hearing on plaintiff's motion will be reset.

DATED:  March 26, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
Phillip S. Figa
United States District Judge